IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-01980-CMA-MEH

DARELL DAVIS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SANJEL (USA) INC.,

    Defendant.

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY (DOC. # 23)

On November 10, 2015, Defendant Sanjel (USA) Inc. filed a motion to stay this case pending the Unites States Supreme Court's decision in *Campbell-Ewald Co. v. Gomez*, No. 14-857.  (Doc. # 23.)  On January 20, 2016, the Supreme Court issued its decision in that case.  *See Campbell-Ewald Co. v. Gomez*, No. 14-857, 2016 WL 228345 (Jan. 20, 2016).  Therefore, Defendant's motion is now moot.

Thus, it is hereby

ORDERED that Defendant's Motion to Stay Case Pending Supreme Court's Decision in *Campbell-Ewald* (Doc. # 23) is DENIED AS MOOT.

DATED: January 20, 2016

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge