IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01980-CMA-MEH

DARRELL DAVIS, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

SANJEL (USA), INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2016.**

    For good cause shown, Plaintiffs' Unopposed Motion for Leave to File Sur-Reply [filed February 9, 2016; docket #44] is **granted**. Plaintiffs may file a surreply "address[ing] arguments raised by Defendant for the first time in its Reply brief regarding the U.S. Supreme Court's decision in *Campbell-Ewald Co. v. Gomez*, 2016 WL 228345 (U.S. Jan 20, 2016)" **on or before February 17, 2016**.